FILED
2009 Jul-13  PM 01:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| SAN FRANCISCO RESIDENCE CLUB, INC., *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 5:08-cv-01423-CLS ) ) |
| THOMAS O'SHEA, *et al.*, | ) ) |
| Defendants. | ) |

**FINDINGS AND CONCLUSIONS**

This cause coming on to be heard on the written motion of plaintiffs for Judgment by Default in favor of plaintiffs, and against defendants, Highlands Management Company, LLC, Huntsville Commercial Brokerage, LLC, Claytor-Phillips Holdings, LLC, William M. Chapman, and Roy F. Claytor, Jr., pursuant to Rule 55(b), Federal Rules of Civil Procedure,[1] the court makes the following findings of fact and enters conclusions of law:

1. The Summons and Second Amended Complaint were served upon defendants, Highlands Management Company, LLC, Huntsville Commercial Brokerage, LLC, Claytor-Phillips Holdings, LLC, William M. Chapman, and Roy F. Claytor, Jr., on June 3, 2009.  Those defendants have failed to appear, plead,

---

[1]*See* doc. no. 85 (motion for default judgment).

1

or otherwise defend.

2. Highlands Management Company, LLC, Huntsville Commercial Brokerage, LLC, and Claytor-Phillips Holdings, LLC, are limited liability corporations.

3. The individual defendants, William M. Chapman, and Roy F. Claytor, Jr., are of sound mind, and neither is on active duty with any of the armed forces of the United States.

4. A hearing will be held, on a date to be set by a subsequent Order, to determine the amount of damages and other relief to be awarded to plaintiffs from each of the aforementioned defendants.

A judgment by default on the issue of liability will be entered consistent with these Findings and Conclusions.

DONE this 13th day of July, 2009.

_____
United States District Judge